OFFICE OF DISCIPLINARY COUNSEL *v.* BURKHART.

[Cite as *Disciplinary Counsel v. Burkhart*
(1991), 62 Ohio St.3d 252.]

(No. 91–1769—Submitted October 9, 1991—Decided December 18, 1991.)

*J. Warren Bettis,* Disciplinary Counsel, and *Sally Ann Steuk,* for relator.

*Spengler, Nathanson, Heyman, McCarthy & Durfee* and *Frank T. Pizza,* for respondent.

---

*Per Curiam.* We find that respondent committed the misconduct found by the board and concur with its recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.